MARCH 6, 2000

No. 99–7695.  ASHIEGBU *v.* PURVIANCE ET AL.  C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* de-

nied, and certiorari dismissed. See this Court's Rule 39.8.